IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRADLEY R. DEWEESE,　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #552216

v.　　　　　　　　　　　　　　4:22CV01048-DPM-JTK

WHITE, et al.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

**ORDER**

After screening Bradley R. DeWeese's ("Plaintiff") Amended Complaint (Doc. Nos. 6, 7) pursuant to the Prison Litigation Reform Act,[1] the Court ordered service of Plaintiff's claims against Defendants Hussein and Parker, among others. (Doc. No. 8). On January 26, 2023, summonses for Defendants Hussein and Parker were returned unexecuted. (Doc. Nos. 20, 21).

The Court asked Plaintiff for a valid service address for Defendants Hussein and Parker. (Doc. No. 22). Plaintiff responded, asking for a last known address from the Pulaski County Detention Center. (Doc. No. 23). Plaintiff also "noticed that the federal marshals served a[n] officer Kyra Jones . . . that is the wrong officer Jones!" (Id.). Plaintiff explained that "[t]here is a Mr. Jones that works 3 p.m. to 11 p.m. shift / B-shift." (Id.). Mr. Jones who works the B-shift appears to be the Mr. Jones that Plaintiff intended to sue.

Based on Plaintiff's Response, service on Kyra Jones is set aside. Counsel for Defendants White, Conners, Jackson, Calloway, Dennis, Madrigal, Jones, and Clark is requested to obtain from the Pulaski County Detention Center the first name of "Mr. Jones that works 3 p.m. to 11 p.m. shift / B-shift," if identifiable. Counsel is further requested to provide <u>under seal</u> a last

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

known address for Defendants Hussein and Parker, if one exists. The Court requests this information within ten (10) days of the date of this Order.

The Court notes that if Defendants Hussein, Parker, and Jones cannot be served if a timely manner, Plaintiff's claims against these Defendants may be dismissed. See Lee v. Armontrout, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam); see also FED. R. CIV. P. 4(m) (any defendant not served within ninety (90) days after the filing of the Complaint is subject to dismissal without prejudice).

IT IS SO ORDERED this 1st day of March, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE