# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

BRADLEY R. DEWEESE
#552216                                                                                    PLAINTIFF

v.                              No. 4:22-cv-1048-DPM-JTK

DEOSHA WHITE, Officer/Sheriff Deputy,
Pulaski County Regional Detention Facility;
NAWASKI CONNERS, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; VIRMESA JACKSON, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; ASIA CALLAWAY, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; DENA DENNIS, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; DENNIS PARKER, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; IGNACIO MADRIGAL, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; HUSSEIN, Officer/Sheriff Deputy,
Pulaski County Regional Detention Facility;
JAMIE JONES, Officer/Sheriff Deputy, Pulaski
County Regional Detention Facility; and
TENISHA CLARK, Officer/Sheriff Deputy,
Pulaski County Regional Detention Facility                          DEFENDANTS

## ORDER

1. The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 43*. Fed. R. Civ. P. 72(b) (1983 addition to

advisory committee notes). Hussein is dismissed as a defendant without prejudice.

2. The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 45*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for partial summary judgment, *Doc. 39*, partly granted and partly denied. DeWeese's claims related to 15 September 2022, 18 September 2022, 23 September 2022, 28 September 2022, 6 October 2022, 8 October 2022, 9 October 2022, 3 November 2022, and 4 November 2022 are dismissed without prejudice for failure to exhaust. His claims related to 16 October 2022, 17 October 2022, and 18 October 2022 go forward.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 August 2023