# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

BRADLEY R. DEWEESE
#552216                                                              PLAINTIFF

v.                        No. 4:22-cv-1048-DPM

DEOSHA WHITE, Officer/Sheriff Deputy,
Pulaski County Regional Detention Facility;
NAWASKI CONNERS, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; VIRMESA JACKSON, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; ASIA CALLAWAY, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; DENA DENNIS, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; DENNIS PARKER, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; IGNACIO MADRIGAL, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; JAMIE JONES, Officer/Sheriff Deputy,
Pulaski County Regional Detention Facility; and
TENISHA CLARK, Officer/Sheriff Deputy,
Pulaski County Regional Detention Facility         DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 52*, as supplemented. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). The word "not" was inadvertently omitted from the carry-over sentence at pages 9-10 about

Deweese's access-to-court claim. Motion for summary judgment, *Doc. 47*, granted. DeWeese's remaining claims will be dismissed with prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 January 2024